IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

**JAN 2 1 2015**

DAVID J. MALAND, CLERK
BY
DEPUTY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | |
| | § | |
| MICHAEL DAIN BONNER (01) | § | |
| DAVID FRANKLIN BECK, JR. (02) | § | |
| MICHAEL DEWAYNE JONES, | § | |
|   aka "Sleepy" (03) | § | |
| STEPHEN DWAYNE CANNADA, (04) | § | |
|   aka "Little Wood" | § | |
| CYNTHIA BETH BRANTLEY (05) | § | |
| DEVON VERNON HARRIS, aka "Cali" (06) | § | |
| DAVID WAYNE CARLISLE, (07) | § | CRIMINAL NO. 6:15CR *04* |
|   aka "Drop" | § | |
| BRODERICK LAMAIL JONES, (08) | § | JUDGE *MAS/KNM* |
|   aka "BA" | § | |
| KATLIN QUATEZ GODFREY, (09) | § | |
|   aka "Slim/KG" | § | **SEALED** |
| TROY OWEN, JR. (10) | § | |
| MARK CYRUS HIPP (11) | § | |
| CHRISTOPHER EVERETT BROOK, (12) | § | |
|   aka "Blue" | § | |
| KEITH DEONDRAY YOUNG, (13) | § | |
|   aka "Tugg" | § | |
| LARRY GENE KEEN, aka "Junior" (14) | § | |
| CARLA THOMAS HAWKINS, (15) | § | |
|   aka "Breeze" | § | |
| COURTNEY BREANNE MCMULLEN (16) | § | |
| CHASE ANTHONY HAGLER (17) | § | |
| ANDRE LAMONT WILLIAMS, (18) | § | |
|   aka "Dre" | § | |
| JESSICA MILLESON (19) | § | |
| HEATHER REBECCA BECK (20) | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

Indictment - Page 1

## COUNT ONE

Violation:  21 U.S.C. § 846
(Conspiracy to possess with intent to distribute and distribution of 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance )

Beginning on or about January, 2010, the exact date being unknown to the United States Grand Jury, and continuing thereafter until at least the date of the return of this indictment, in the Eastern District of Texas, **Michael Dain Bonner, David Franklin Beck, Jr., Michael Dewayne Jones, aka "Sleepy," Stephen Dwayne Cannada, aka "Little Wood," Cynthia Beth Brantley, Devon Vernon Harris, aka "Cali," David Wayne Carlisle, aka "Drop," Broderick Lamail Jones, aka "BA," Katlin Quatez Godfrey, aka "Slim/KG," Troy Owen, Jr., Mark Cyrus Hipp, Christopher Everett Brook, aka "Blue," Keith Deondray Young, aka "Tugg," Larry Gene Keen, aka "Junior," Carla Thomas Hawkins, aka "Breeze," Courtney Breanne McMullen, Chase Anthony Hagler, Andre Lamont Williams, aka "Dre," Jessica Milleson and Heather Rebecca Beck**, the defendants herein, did knowingly, intentionally and unlawfully, combine, conspire, confederate, and agree with each other and with others, both known and unknown to the United States Grand Jury, to violate a law of the United States of America, to wit, 21 U.S.C. § 841(a)(1), prohibiting the possession with intent to distribute and distribution of 500 grams or more of methamphetamine, a Schedule II controlled substance, as set forth hereinafter.

## COUNT TWO

Violation: 18 U.S.C. § 922(g)(1) and 924(a)(2),
(Felon in possession of a firearm)

On or about February 6, 2010, in the Eastern District of Texas, **Christopher**

**Everett Brook**, the defendant herein, having been convicted of offenses punishable by a

term of imprisonment exceeding one year, specifically:

(1)     Forgery, in Cause # 26519-B, 124th Judicial District Court, Gregg County,
        Texas, on October 18, 1999;

(2)     Criminal mischief over $1,500, in Cause # 28618-A, 188th Judicial District
        Court, Gregg County, Texas, on April 12, 2002; and

(3)     Hindering apprehension, in Cause # 241-1544-06, 241st Judicial District
        Court, Smith County, Texas, on November 2, 2007,

did knowingly and intentionally possess a firearm, to wit:

a Ruger, model P89DC, 9mm pistol, serial number 307-16743,

which had been shipped and transported in interstate commerce,

In violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).


## COUNT THREE

Violation: 18 U.S.C. § 924(c)
(Use, carrying, and possession of a firearm
during and in furtherance of a drug trafficking
crime)

On or about September 5, 2013, in the Eastern District of Texas, **Devon Vernon**

**Harris, aka "Cali,"** the defendant herein, did knowingly and intentionally use, carry, and

possess   firearms during and in relation to a drug trafficking crime for which he may be

prosecuted in a court of the United States, that is possession with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, as charged in Count One of this indictment, in violation of 21 U.S.C. § 846, and in furtherance of said crime possessed:

(1)    Glock, 19, 9mm pistol, serial number NHA809 ;
(2)    Sun Dance Industries, .22 caliber handgun, serial number D001237;
(3)    Cobray, M12, .380 Uzi type handgun, serial number 12-0001141; and
(4)    Six magazines containing 71 rounds of 9mm ammunition,

In violation of 18 U.S.C. § 924(c)(1)(B).

## COUNT FOUR

Violation: 18 U.S.C. § 922(g)(1) and 924(a)(2),
(Felon in possession of a firearm)

On or about September 5, 2013, in the Eastern District of Texas, **Devon Vernon Harris, aka "Cali,"** the defendant herein, having been convicted of an offense punishable by a term of imprisonment exceeding one year, specifically:

Possession of a controlled substance , in Cause # 26800-A, 188th Judicial District Court, Gregg County, Texas, on August 14, 2000

did knowingly and intentionally possess firearms, to wit:

(1)    Glock, 19, 9mm pistol, serial number NHA809;
(2)    Sun Dance Industries, .22 caliber handgun, serial number D001237 ;
(3)    Cobray, M12, .380 Uzi type handgun, serial number 12-0001141; and
(4)    Six magazines containing 71 rounds of 9mm ammunition,

which had been shipped and transported in interstate commerce,

In violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).

## COUNT FIVE

Violation: 18 U.S.C. § 924(c)
(Use, carrying, and possession of a firearm
during and in furtherance of a drug trafficking
crime)

On or about September 5, 2013, in the Eastern District of Texas, **Andre Lamont Williams, aka "Dre,"** the defendant herein, did knowingly and intentionally use, carry, and possess firearms during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is possession with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, as charged in Count One of this indictment, in violation of 21 U.S.C. § 846, and in furtherance of said crime possessed:

(1) Glock, 19, 9mm pistol, serial number NHA809;
(2) Sun Dance Industries, .22 caliber handgun, serial number D001237;
(3) Cobray, M12, .380 Uzi type handgun, serial number 12-0001141; and
(4) Six magazines containing 71 rounds of 9mm ammunition,

In violation of 18 U.S.C. § 924(c)(1)(B).

## COUNT SIX

Violation: 18 U.S.C. § 922(g)(1) and 924(a)(2),
(Felon in possession of a firearm)

On or about March 17, 2014, in the Eastern District of Texas, **Cynthia Beth Brantley**, the defendant herein, having been convicted of offenses punishable by a term of imprisonment exceeding one year, specifically:

(1)    Theft of property over $1500, in Cause # 29151-B, 124th Judicial District Court, Gregg County, Texas, on April 5, 2002;

(2)    Delivery of a controlled substance, in Cause # 32293-B, 124th Judicial District Court, Gregg County, Texas, on July 22, 2005;

(3)    Delivery of a controlled substance, in Cause # 32295-B, 124th Judicial District Court, Gregg County, Texas, on July 22, 2005;

(4)    Delivery of a controlled substance, in Cause # 32297-B, 124th Judicial District Court, Gregg County, Texas, on July 22, 2005; and

(5)    Possession of a controlled substance, in Cause # 36331-B, 124th Judicial District Court, Gregg County, Texas, on April 11, 2008,

did knowingly and intentionally possess a firearm, to wit:

a Davis Industries, T380, .380 caliber pistol, serial number AP52840, together with ammunition,

which had been shipped and transported in interstate commerce,

In violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).

## COUNT SEVEN

Violation: 18 U.S.C. § 922(g)(1) and 924(a)(2),
(Felon in possession of a firearm)

On or about April 2, 2014, in the Eastern District of Texas, **Mark Cyrus Hipp**, the

defendant herein, having been convicted of offenses punishable by a term of imprisonment

exceeding one year, specifically:

(1)    Burglary of a building, in Cause # 98-H-157-SJ, 23rd Judicial District Court, Matagorda County, Texas, on November 10, 1999, with order revoking probation;

(2)     Forgery, in Cause # 99-H-124-SJ, 23rd Judicial District Court, Matagorda County, Texas, on July 8, 1999, with order revoking probation; and

(3)     Failure to stop and render aid, in Cause # 99-06-8380, 25th Judicial District Court, Lavaca County, Texas, on July 18, 2000,

did knowingly and intentionally possess a firearm, to wit:

an RG, RG38, .38 caliber revolver, serial number FF371879, together with ammunition,

which had been shipped and transported in interstate commerce,

In violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).


## COUNT EIGHT

Violation: 18 U.S.C. § 924(c)
(Use, carrying, and possession of a firearm during and in furtherance of a drug trafficking crime)

On or about April 21, 2014, in the Eastern District of Texas, **Stephen Dwayne Cannada, aka "Little Wood"** the defendant herein, did knowingly and intentionally use, carry, and possess a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is possession with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, as charged in Count One of this indictment, in violation of 21 U.S.C. § 846, and in furtherance of said crime possessed:

a Ruger, SR9, 9mm pistol, serial number 334-63439, together with ammunition,

In violation of 18 U.S.C. § 924(c)(1)(B).

## COUNT NINE

> Violation: 18 U.S.C. § 922(g)(1) and 924(a)(2),
> (Felon in possession of a firearm)

On or about April 21, 2014, in the Eastern District of Texas, **Stephen Dwayne Cannada, aka "Little Wood,"** the defendant herein, having been convicted of offenses punishable by a term of imprisonment exceeding one year, specifically:

(1) Delivery of a simulated controlled substance, in Cause #2040120, 147th Judicial District Court, Travis County, Texas, on May 4, 2004;

(2) Robbery, in Cause # F-0859241-J, Criminal District Court # 3, Dallas County, Texas, on February 25, 2009; and

(3) Possession of a controlled substance, in Cause #41979-B, 124th Judicial District Court, Gregg County, Texas, on May 2, 2013,

did knowingly and intentionally possess a firearm, to wit:

a Ruger, SR9, 9mm pistol, serial number 334-63439, together with ammunition,

which had been shipped and transported in interstate commerce,

In violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).


## COUNT TEN

> Violation: 18 U.S.C. § 922(g)(1) and 924(a)(2),
> (Felon in possession of a firearm)

On or about May 24, 2014, in the Eastern District of Texas, **Larry Gene Keen, aka "Junior,"** the defendant herein, having been convicted of an offense punishable by a term of imprisonment exceeding one year, specifically:

Unauthorized Use of Motor Vehicle, in Cause # CR 09-092, 4th Judicial District Court, Rusk County, Texas, on October 1, 2012,

did knowingly and intentionally possess a firearm, to wit:

a New England Firearms, SB1 Pardner, 12 gauge short barrel shotgun, serial number NE309621,

which had been shipped and transported in interstate commerce,

In violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).


## COUNT ELEVEN

Violation:   26 U.S.C. § 5861(d)
(Possession of unregistered firearm)

On or about May 24, 2014, in the Eastern District of Texas, **Larry Gene Keen, aka**

**"Junior,"** defendant herein, did knowingly and intentionally possess an unregistered

firearm, to-wit:

A New England Firearms, SB1 Pardner, 12 gauge short barrel shotgun, serial number NE309621,

not registered to him in the National Firearms Registration and Transfer Record,

In violation of 26 U.S.C. §§ 5841, 5861(d) and 5871.

## COUNT TWELVE

Violation: 18 U.S.C. § 922(g)(1) and 924(a)(2),
(Felon in possession of a firearm)

On or about July 12, 2014, in the Eastern District of Texas, **Stephen Dwayne**

**Cannada, aka "Little Wood,"** the defendant herein, having been convicted of offenses

punishable by a term of imprisonment exceeding one year, specifically:

(1)   Delivery of a simulated controlled substance, in Cause #2040120, 147th
      Judicial District Court, Travis County, Texas, on May 4, 2004;

(2)   Robbery, in Cause # F-0859241-J,   Criminal District Court # 3, Dallas
      County, Texas, on February 25, 2009; and

(3)   Possession of a controlled substance, in Cause #41979-B, 124th Judicial
      District Court, Gregg County, Texas, on May 2, 2013,

did knowingly and intentionally possess a firearm, to wit:

a Jimenez Arms, JA22, .22 caliber pistol, serial number 1205360, together with
ammunition,

which had been shipped and transported in interstate commerce,

In violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).

## COUNT THIRTEEN

Violation: 18 U.S.C. § 924(c)
(Use, carrying, and possession of a firearm
during and in furtherance of a drug trafficking
crime)

On or about August 6, 2014, in the Eastern District of Texas, **Michael Dain**

**Bonner**, the defendant herein, did knowingly and intentionally use, carry, and possess a

firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is possession with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, as charged in Count One of this indictment, in violation of 21 U.S.C. § 846, and in furtherance of said crime possessed:

a Taurus, PT111 Millenium Pro, 9mm pistol, serial number TDR40332,

In violation of 18 U.S.C. § 924(c)(1)(B).


## COUNT FOURTEEN

Violation: 18 U.S.C. § 922(g)(1) and 924(a)(2),
(Felon in possession of a firearm)

On or about August 6, 2014, in the Eastern District of Texas, **Michael Dain Bonner**, the defendant herein, having been convicted of offenses punishable by a term of imprisonment exceeding one year, specifically:

(1)    Attempted violation of protective order, in Cause #32218-B, 124th Judicial District Court, Gregg County, Texas, on October 28, 2004; and

(2)    Possession with intent to distribute methamphetamine, in Cause #6:09CR9-08, United States District Court, Eastern District of Texas, on February 5, 2010,

did knowingly and intentionally possess a firearm, to wit:

a Taurus, PT111 Millenium Pro, 9mm pistol, serial number TDR40332,

which had been shipped and transported in interstate commerce,

In violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).

## COUNT FIFTEEN

Violation: 18 U.S.C. § 924(c)
(Use, carrying, and possession of a firearm
during and in furtherance of a drug trafficking
crime)

On or about August 8, 2014, in the Eastern District of Texas, **David Franklin Beck,**

**Jr.,** the defendant herein, did knowingly and intentionally use, carry, and possess a firearm

during and in relation to a drug trafficking crime for which he may be prosecuted in a

court of the United States, that is possession with intent to distribute a mixture or

substance containing a detectable amount of methamphetamine, a Schedule II controlled

substance, as charged in Count One of this indictment, in violation of 21 U.S.C. § 846,

and in furtherance of said crime possessed:

a Winchester, model 50, 12 gauge shotgun, serial number 53383, together with
ammunition,

In violation of 18 U.S.C. § 924(c)(1)(B).


## COUNT SIXTEEN

Violation: 18 U.S.C. § 922(g)(1) and 924(a)(2),
(Felon in possession of a firearm)

On or about August 8, 2014, in the Eastern District of Texas, **David Franklin Beck,**

**Jr.,** the defendant herein, having been convicted of an offense punishable by a term of

imprisonment exceeding one year, specifically:

Sexual assault, child, in Cause # F-9832508-KR , 265th Judicial District Court,
Dallas, Texas, on February 16, 2001,

did knowingly and intentionally possess a firearm, to wit:

> a Winchester, model 50, 12 gauge shotgun, serial number 53383, together with ammunition,

which had been shipped and transported in interstate commerce,

> In violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).

## COUNT SEVENTEEN

> Violation: 18 U.S.C. § 922(g)(1) and 924(a)(2), (Felon in possession of a firearm)

On or about August 17, 2014, in the Eastern District of Texas, **Larry Gene Keen, aka "Junior,"** the defendant herein, having been convicted of an offense punishable by a term of imprisonment exceeding one year, specifically:

> Unauthorized Use of Motor Vehicle, in Cause # CR 09-092, 4th Judicial District Court, Rusk County, Texas, on October 1, 2012,

did knowingly and intentionally possess a firearm, to wit:

> a Remington, 870, 12 gauge short barrel shotgun, serial number D019337M, together with ammunition,

which had been shipped and transported in interstate commerce,

> In violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).

## COUNT EIGHTEEN

Violation:   26 U.S.C. § 5861(d)
(Possession of unregistered firearm)

On or about August 17, 2014, in the Eastern District of Texas, **Larry Gene Keen,**

**aka "Junior,"** defendant herein, did knowingly and intentionally possess an unregistered

firearm, to-wit:

a Remington, 870, 12 gauge short barrel shotgun, serial number D019337M,
together with ammunition,

not registered to him in the National Firearms Registration and Transfer Record,

In violation of 26 U.S.C. §§ 5841, 5861(d) and 5871.


## COUNT NINETEEN

Violation: 18 U.S.C. § 924(c)
(Use, carrying, and possession of a firearm
during and in furtherance of a drug trafficking
crime)

On or about September 16, 2014, in the Eastern District of Texas, **Christopher**

**Everett Brook**, the defendant herein, did knowingly and intentionally use, carry, and

possess a firearm during and in relation to a drug trafficking crime for which he may be

prosecuted in a court of the United States, that is possession with intent to distribute a

mixture or substance containing a detectable amount of methamphetamine, a Schedule II

controlled substance, as charged in Count One of this indictment, in violation of 21

U.S.C. § 846, and in furtherance of said crime possessed:

a Bryco, model 48, .380 pistol, serial number 567598,

In violation of 18 U.S.C. § 924(c)(1)(B).


## COUNT TWENTY

> Violation: 18 U.S.C. § 922(g)(1) and 924(a)(2),
> (Felon in possession of a firearm)

On or about September 16, 2014, in the Eastern District of Texas, **Christopher Everett Brook**, the defendant herein, having been convicted of offenses punishable by a term of imprisonment exceeding one year, specifically:

(1) Forgery, in Cause # 26519-B, 124th Judicial District Court, Gregg County, Texas, on October 18, 1999;

(2) Criminal mischief over $1,500, in Cause # 28618-A, 188th Judicial District Court, Gregg County, Texas, on April 12, 2002;

(3) Hindering apprehension, in Cause # 241-1544-06, 241st Judicial District Court, Smith County, Texas, on November 2, 2007;

(4) Possession of a controlled substance, in Cause # 39397-B, 124th Judicial District Court, Gregg County, Texas, on May 21, 2010; and

(5) Possession of a controlled substance, in Cause # 10-0287X , 71st Judicial District Court, Harrison County, Texas, on August 4, 2010,

did knowingly and intentionally possess a firearm, to wit:

a Bryco, model 48, .380 pistol, serial number 567598,

which had been shipped and transported in interstate commerce,

In violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).

## COUNT TWENTY-ONE

Violation: 18 U.S.C. § 924(c)
(Use, carrying, and possession of a firearm
during and in furtherance of a drug trafficking
crime)

On or about September 16, 2014, in the Eastern District of Texas, **Larry Gene**

**Keen, aka "Junior,"** the defendant herein, did knowingly and intentionally use, carry, and

possess a firearm during and in relation to a drug trafficking crime for which he may be

prosecuted in a court of the United States, that is possession with intent to distribute a

mixture or substance containing a detectable amount of methamphetamine, a Schedule II

controlled substance, as charged in Count One of this indictment, in violation of 21

U.S.C. § 846, and in furtherance of said crime possessed:

a Bryco, model 48, .380 pistol, serial number 567598,

In violation of 18 U.S.C. § 924(c)(1)(B).


## COUNT TWENTY-TWO

Violation: 18 U.S.C. § 922(g)(1) and 924(a)(2),
(Felon in possession of a firearm)

On or about September 16, 2014, in the Eastern District of Texas, **Larry Gene**

**Keen, aka "Junior,"** the defendant herein, having been convicted of an offense

punishable by a term of imprisonment exceeding one year, specifically:

Unauthorized Use of Motor Vehicle, in Cause # CR 09-092, 4th Judicial District
Court, Rusk County, Texas, on October 1, 2012,

did knowingly and intentionally possess a firearm, to wit:

a Bryco, model 48, .380 pistol, serial number 567598,

which had been shipped and transported in interstate commerce,

In violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).

## COUNT TWENTY-THREE

Violation: 18 U.S.C. § 924(c)
(Use, carrying, and possession of a firearm during and in furtherance of a drug trafficking crime)

On or about September 16, 2014, in the Eastern District of Texas, **Carla Thomas Hawkins, aka "Breeze,"** the defendant herein, did knowingly and intentionally use, carry, and possess a firearm during and in relation to a drug trafficking crime for which she may be prosecuted in a court of the United States, that is possession with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, as charged in Count One of this indictment, in violation of 21 U.S.C. § 846, and in furtherance of said crime possessed:

a Bryco, model 48, .380 pistol, serial number 567598,

In violation of 18 U.S.C. § 924(c)(1)(B).

## COUNT TWENTY-FOUR

Violation: 18 U.S.C. § 922(g)(1) and 924(a)(2),
(Felon in possession of a firearm)

On or about September 16, 2014, in the Eastern District of Texas, **Carla Thomas Hawkins**, the defendant herein, having been convicted of offenses punishable by a term of imprisonment exceeding one year, specifically:

(a) Possession of a controlled substance, in Cause # 007-2207-03, 7th Judicial District Court, Smith County, Texas, on February 26, 2007; and

(b) Credit card abuse, in Cause # 41802-A, 188th Judicial District Court, Gregg County, Texas, on October 2, 2012,

did knowingly and intentionally possess a firearm, to wit:

a Bryco, model 48, .380 pistol, serial number 567598,

which had been shipped and transported in interstate commerce,

In violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).

## COUNT TWENTY-FIVE

Violation: 18 U.S.C. § 924(c)
(Use, carrying, and possession of a firearm during and in furtherance of a drug trafficking crime)

On or about September 23, 2014, in the Eastern District of Texas, **Michael Dain Bonner**, the defendant herein, did knowingly and intentionally use, carry, and possess firearms during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is possession with intent to distribute a

mixture or substance containing a detectable amount of methamphetamine, a Schedule II

controlled substance, as charged in Count One of this indictment, in violation of 21

U.S.C. § 846, and in furtherance of said crime possessed:

(1)  Harrington & Richardson, model 922, .22 revolver, serial number 160603; and

(2)  L.C. Smith shotgun, no serial number,

In violation of 18 U.S.C. § 924(c)(1)(B).


## COUNT TWENTY-SIX

Violation: 18 U.S.C. § 922(g)(1) and 924(a)(2),
(Felon in possession of a firearm)

On or about September 23, 2014, in the Eastern District of Texas, **Michael Dain**

**Bonner**, the defendant herein, having been convicted of offenses punishable by a term of

imprisonment exceeding one year, specifically:

(1)  Attempted violation of protective order, in Cause #32218-B, 124th Judicial District Court, Gregg County, Texas, on October 28, 2004; and

(2)  Possession with intent to distribute methamphetamine, in Cause #6:09CR9-08, United States District Court, Eastern District of Texas, on February 5, 2010,

did knowingly and intentionally possess firearms, to wit:

(1)  Harrington & Richardson, model 922, .22 revolver, serial number 160603; and

(2)  L.C. Smith shotgun, no serial number,

which had been shipped and transported in interstate commerce,

In violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).

## COUNT TWENTY-SEVEN

Violation: 18 U.S.C. § 924(c)
(Use, carrying, and possession of a firearm
during and in furtherance of a drug trafficking
crime)

On or about September 23, 2014, in the Eastern District of Texas, **Courtney**

**Breanne McMullen**, the defendant herein, did knowingly and intentionally use, carry, and

possess a firearm during and in relation to a drug trafficking crime for which she may be

prosecuted in a court of the United States, that is possession with intent to distribute a

mixture or substance containing a detectable amount of methamphetamine, a Schedule II

controlled substance, as charged in Count One of this indictment, in violation of 21

U.S.C. § 846, and in furtherance of said crime possessed:

(1)     Harrington & Richardson, model 922, .22 revolver, serial number 160603;
        and
(2)     L.C. Smith shotgun, no serial number,

In violation of 18 U.S.C. § 924(c)(1)(B).


## COUNT TWENTY-EIGHT

Violation: 18 U.S.C. § 922(g)(1) and 924(a)(2),
(Felon in possession of a firearm)

On or about September 23, 2014, in the Eastern District of Texas, **Courtney**

**Breanne McMullen**, the defendant herein, having been convicted of an offense punishable

by a term of imprisonment exceeding one year, specifically:

Theft with prior conviction (revoking probation), in Cause #41441-B, 124th
Judicial District Court, Gregg County, Texas, on June 6, 2014,

did knowingly and intentionally possess firearms, to wit:

(1)    Harrington & Richardson, model 922, .22 revolver, serial number 160603; and

(2)    L.C. Smith shotgun, no serial number,

which had been shipped and transported in interstate commerce,

In violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).


## COUNT TWENTY-NINE

Violation: 18 U.S.C. § 922(g)(1) and 924(a)(2),
(Felon in possession of a firearm)

On or about October 21, 2014, in the Eastern District of Texas, **Broderick Lamail Jones, aka "BA,"** the defendant herein, having been convicted of offenses punishable by a term of imprisonment exceeding one year, specifically:

(1)    Possession of a controlled substance, in Cause # 14025, 115th Judicial District Court, Upshur County, Texas, on August 25, 2009; and

(2)    Manufacture/Delivery of a controlled substance, in Cause # 15227, 115th Judicial District Court, Upshur County, Texas, on August 25, 2009,

did knowingly and intentionally possess a firearm, to wit:

a Raven Arms, MP25, .25 caliber pistol, serial number 935862,

which had been shipped and transported in interstate commerce,

In violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).

## COUNT THIRTY

Violation: 18 U.S.C. § 922(g)(1) and 924(a)(2),
(Felon in possession of a firearm)

On or about October 30, 2014, in the Eastern District of Texas, **Larry Gene Keen,**

**aka "Junior,"** the defendant herein, having been convicted of an offense punishable by a

term of imprisonment exceeding one year, specifically:

Unauthorized Use of Motor Vehicle, in Cause # CR 09-092, 4th Judicial District
Court, Rusk County, Texas, on October 1, 2012,

did knowingly and intentionally possess a firearm, to wit:

a Boito, 410 shotgun, 26" overall, 18" barrel, serial number 443593,

which had been shipped and transported in interstate commerce,

In violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).

## COUNT THIRTY-ONE

Violation: 18 U.S.C. § 924(c)
(Use, carrying, and possession of a firearm
during and in furtherance of a drug trafficking
crime)

On or about November 6, 2014, in the Eastern District of Texas, **Keith Deondray**

**Young, aka "Tugg,"** the defendant herein, did knowingly and intentionally use, carry, and

possess   a firearm during and in relation to a drug trafficking crime for which he may be

prosecuted in a court of the United States, that is possession with intent to distribute a

mixture or substance containing a detectable amount of methamphetamine, a Schedule II

controlled substance, as charged in Count One of this indictment, in violation of 21

U.S.C. § 846, and in furtherance of said crime possessed:

> a Glock, model 27, .40 caliber pistol, serial number LWN777, together with ammunition,

> In violation of 18 U.S.C. § 924(c)(1)(B).

## COUNT THIRTY-TWO

> Violation: 18 U.S.C. § 922(g)(1) and 924(a)(2),
> (Felon in possession of a firearm)

On or about November 6, 2014, in the Eastern District of Texas, **Keith Deondray**

**Young, aka "Tugg,"** the defendant herein, having been convicted of offenses punishable

by a term of imprisonment exceeding one year, specifically:

(1)  Theft of a firearm, in Cause # 25878-A, 188th Judicial District Court, Gregg County, Texas, on December 7, 1999;

(2)  Credit card abuse, in Cause # 33822-A, 188th Judicial District Court, Gregg County, Texas, on January 17, 2006;

(3)  Possession of a controlled substance, in Cause # 35552-A, 188th Judicial District Court, Gregg County, Texas, on May 8, 2007;

(4)  Assault family violence (enhanced), in Cause # 35575-A, 188th Judicial District Court, Gregg County, Texas, on May 8, 2007; and

(5)  Delivery of a controlled substance, in Cause # 41194-A, 188th Judicial District Court, Gregg County, Texas, on May 24, 2012,

did knowingly and intentionally possess a firearm, to wit:

> a Glock, model 27, .40 caliber pistol, serial number LWN777, together with ammunition,

which had been shipped and transported in interstate commerce,

In violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).


## COUNT THIRTY-THREE

> Violation: 18 U.S.C. § 924(c)
> (Use, carrying, and possession of a firearm
> during and in furtherance of a drug trafficking
> crime)

On or about November 19, 2014, in the Eastern District of Texas, **Keith Deondray Young, aka "Tugg,"** the defendant herein, did knowingly and intentionally use, carry, and possess a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is possession with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, as charged in Count One of this indictment, in violation of 21 U.S.C. § 846, and in furtherance of said crime possessed:

> a Glock, model 27, .40 caliber pistol, serial number LWN777, together with ammunition,

In violation of 18 U.S.C. § 924(c)(1)(B).

## COUNT THIRTY-FOUR

>Violation: 18 U.S.C. § 922(g)(1) and 924(a)(2),
>(Felon in possession of a firearm)

On or about November 19, 2014, in the Eastern District of Texas, **Keith Deondray**

**Young, aka "Tugg,"** the defendant herein, having been convicted of offenses punishable

by a term of imprisonment exceeding one year, specifically:

(1) Theft of a firearm, in Cause # 25878-A, 188th Judicial District Court, Gregg County, Texas, on December 7, 1999;

(2) Credit card abuse, in Cause # 33822-A, 188th Judicial District Court, Gregg County, Texas, on January 17, 2006;

(3) Possession of a controlled substance, in Cause # 35552-A, 188th Judicial District Court, Gregg County, Texas, on May 8, 2007;

(4) Assault family violence (enhanced), in Cause # 35575-A, 188th Judicial District Court, Gregg County, Texas, on May 8, 2007; and

(5) Delivery of a controlled substance, in Cause # 41194-A, 188th Judicial District Court, Gregg County, Texas, on May 24, 2012,

did knowingly and intentionally possess a firearm, to wit:

a Glock, model 27, .40 caliber pistol, serial number LWN777, together with ammunition,

which had been shipped and transported in interstate commerce,

In violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).

## COUNT THIRTY-FIVE

> Violation: 18 U.S.C. § 922(g)(1) and 924(a)(2),
> (Felon in possession of a firearm)

On or about December 15, 2014, in the Eastern District of Texas, **David Franklin Beck, Jr.**, the defendant herein, having been convicted of an offense punishable by a term of imprisonment exceeding one year, specifically:

Sexual assault, child, in Cause # F-9832508-KR , 265th Judicial District Court, Dallas, Texas, on February 16, 2001,

did knowingly and intentionally possess firearms, to wit:

(1) Smith & Wesson, model MP 15-22, .22 caliber assault rifle, serial number DWH7388, together with two magazines and ammunition;
(2) Winchester, model 50, 12 gauge shotgun, serial number 53383, together with ammunition;
(3) Smith & Wesson, model SW9VE, 9mm pistol, serial number PDX7408, together with magazine and ammunition;
(4) High Standard, model DM-101, .22 caliber derringer, serial number 1831704, together with ammunition;
(5) Ruger, Mark I, .22 caliber pistol, serial number 1398484, together with magazines and ammunition;
(6) Inter Arms, model Virginian, .357 caliber revolver, serial number A01476, together with ammunition;
(7) Navy Arms, 12 gauge shotgun, serial number 109308;
(8) Savage Arms, model 93R17, .17 caliber rifle, serial number 903025, together with magazines and ammunition;
(9) .38 caliber revolver, manufactured in Belgium;
(10) Ruger, model Single Six, .22 caliber revolver, serial number 66-96564;
(11) Smith & Wesson, model SW9VE, 9mm pistol, serial number DVB2033, together with magazines and ammunition; and

(12) Colt, model M4, .22 caliber assault rifle, serial number BP085392, together with magazines and ammunition,

which had been shipped and transported in interstate commerce,

In violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).

## COUNT THIRTY-SIX

Violation: 18 U.S.C. § 924(c)
(Use, carrying, and possession of a firearm
during and in furtherance of a drug trafficking
crime)

On or about December 15, 2014, in the Eastern District of Texas, **David Franklin**

**Beck, Jr.,** the defendant herein, did knowingly and intentionally use, carry, and possess

firearms during and in relation to a drug trafficking crime for which he may be

prosecuted in a court of the United States, that is possession with intent to distribute a

mixture or substance containing a detectable amount of methamphetamine, a Schedule II

controlled substance, as charged in Count One of this indictment, in violation of 21

U.S.C. § 846, and in furtherance of said crime possessed:

(1) Smith & Wesson, model MP 15-22, .22 caliber assault rifle, serial number DWH7388, together with two magazines and ammunition;
(2) Winchester, model 50, 12 gauge shotgun, serial number 53383, together with ammunition;
(3) Smith & Wesson, model SW9VE, 9mm pistol, serial number PDX7408, together with magazine and ammunition;
(4) High Standard, model DM-101, .22 caliber derringer, serial number 1831704, together with ammunition;
(5) Ruger, Mark I, .22 caliber pistol, serial number 1398484, together with magazines and ammunition;
(6) Inter Arms, model Virginian, .357 caliber revolver, serial number A01476, together with ammunition;
(7) Navy Arms, 12 gauge shotgun, serial number 109308;
(8) Savage Arms, model 93R17, .17 caliber rifle, serial number 903025, together with magazines and ammunition;
(9) .38 caliber revolver, manufactured in Belgium;
(10) Ruger, model Single Six, .22 caliber revolver, serial number 66-96564;
(11) Smith & Wesson, model SW9VE, 9mm pistol, serial number DVB2033, together with magazines and ammunition; and

(12)  Colt, model M4, .22 caliber assault rifle, serial number BP085392, together with magazines and ammunition,

In violation of 18 U.S.C. § 924(c)(1)(B).


## COUNT THIRTY-SEVEN

Violation: 18 U.S.C. § 924(c)
(Use, carrying, and possession of a firearm during and in furtherance of a drug trafficking crime)

On or about December 15, 2014, in the Eastern District of Texas, **Heather Rebecca Beck**, the defendant herein, did knowingly and intentionally use, carry, and possess firearms during and in relation to a drug trafficking crime for which she may be prosecuted in a court of the United States, that is possession with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, as charged in Count One of this indictment, in violation of 21 U.S.C. § 846, and in furtherance of said crime possessed:

(1)  Smith & Wesson, model MP 15-22, .22 caliber assault rifle, serial number DWH7388, together with two magazines and ammunition;
(2)  Winchester, model 50, 12 gauge shotgun, serial number 53383, together with ammunition;
(3)  Smith & Wesson, model SW9VE, 9mm pistol, serial number PDX7408, together with magazine and ammunition;
(4)  High Standard, model DM-101, .22 caliber derringer, serial number 1831704, together with ammunition;
(5)  Ruger, Mark I, .22 caliber pistol, serial number 1398484, together with magazines and ammunition;
(6)  Inter Arms, model Virginian, .357 caliber revolver, serial number A01476, together with ammunition;
(7)  Navy Arms, 12 gauge shotgun, serial number 109308;

(8)    Savage Arms, model 93R17, .17 caliber rifle, serial number 903025, together with magazines and ammunition;

(9)    .38 caliber revolver, manufactured in Belgium;

(10)   Ruger, model Single Six, .22 caliber revolver, serial number 66-96564;

(11)   Smith & Wesson, model SW9VE, 9mm pistol, serial number DVB2033, together with magazines and ammunition; and

(12)   Colt, model M4, .22 caliber assault rifle, serial number BP085392, together with magazines and ammunition,

In violation of 18 U.S.C. § 924(c)(1)(B).


## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
### Pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853, & 28 U.S.C. §2461

As the result of committing one or more of the foregoing offenses alleged in this indictment, the defendants herein shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853 and 28 U.S.C. § 2461:

1.    any property constituting, or derived from, and proceeds the defendants obtained, directly or indirectly, as the result of such violations;

2.    any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations, and/or;

3.    any and all firearms, ammunition and accessories seized from the defendants, including but not limited to the following:


**FIREARMS**:


**Seized from David Franklin Beck, Jr. and Heather Rebecca Beck:**

(1)    Smith & Wesson, model MP 15-22, .22 caliber assault rifle, serial number DWH7388, together with two magazines and ammunition

(2)    Winchester, model 50, 12 gauge shotgun, serial number 53383, together with ammunition

(3)    High Standard, model DM-101, .22 caliber derringer, serial number1831704, together with ammunition

(4)    Ruger, Mark I, .22 caliber pistol, serial number 1398484, together with magazines and ammunition

(5)     Navy Arms, 12 gauge shotgun, serial number 109308

(6)     Savage Arms, model 93R17, .17 caliber rifle, serial number 903025, together with magazines and ammunition

(7)     .38 caliber revolver, manufactured in Belgium

(8)     Ruger, model Single Six, .22 caliber revolver, serial number 66-96564

(9)     Smith & Wesson, model SW9VE, 9mm pistol, serial number DVB2033, together with magazines and ammunition

(10)     Colt, model M4, .22 caliber assault rifle, serial number BP085392, together with magazines and ammunition

(11)     13 rounds of 12 gauge ammunition

(12)     355 rounds of .22 caliber ammunition

(13)     1262 rounds of various caliber ammunition

(14)     11 rounds with two magazines of .223 caliber ammunition

### Seized from Stephen Dwayne Cannada, aka "Little Wood"

(1)     Smith and Wesson, model 10, .38 revolver, obliterated serial number

(2)     Smith and Wesson, model 10, .38 revolver, serial number C774147

(3)     Jimenez Arms, JA22, .22 caliber pistol, serial number 1205360, together with ammunition

(4)     Ruger, SR9, 9mm pistol, serial number 334-63439, together with ammunition

### Seized from Larry Gene Keen, aka "Junior"

(1)     Remington, 870, 12 gauge short barrel shotgun, serial number D019337M, together with ammunition

(2)     New England Firearms, SB1 Pardner, 12 gauge short barrel shotgun, serial number NE309621

### Seized from Devon Vernon Harris, aka "Cali"

(1)     Sun Dance Industries, .22 caliber handgun, serial number D001237

(2)     Cobray, M12, .380 Uzi type handgun, serial number 12-0001141

(3)     Six magazines containing 71 rounds of 9mm ammunition

### Seized from Cynthia Beth Brantley

Davis Industries, T380, .380 caliber pistol, serial number AP52840, together with ammunition

## U. S. CURRENCY:

$5,230.00 United States currency, seized from **David Franklin Beck, Jr.**

## CASH PROCEEDS

$200,000 in United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate is proceeds obtained directly or indirectly as a result of the commission of the aforesaid violations.

### Substitute Assets

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

(a)     cannot be located upon the exercise of due diligence;
(b)     has been transferred or sold to, or deposited with a third person;
(c)     has been placed beyond the jurisdiction of the court;
(d)     has been substantially diminished in value; or
(e)     has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property, including but not limited to all property, both real and personal owned by the defendants.

By virtue of the commission of the offenses alleged in this indictment, any and all

interest the defendants have in the above-described property is vested in the United States

and hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853

and 28 U.S.C. § 2461.

A TRUE BILL

_BK_
GRAND JURY FOREPERSON


JOHN M. BALES
UNITED STATES ATTORNEY

RICHARD L. MOORE
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas   75702
(903) 590-1400
(903) 590-1439 (fax)

1-21-2015
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | |
| | § | |
| MICHAEL DAIN BONNER (01) | § | |
| DAVID FRANKLIN BECK, JR. (02) | § | |
| MICHAEL DEWAYNE JONES, | § | |
|    aka "Sleepy" (03) | § | |
| STEPHEN DWAYNE CANNADA, (04) | § | |
|    aka "Little Wood" | § | |
| CYNTHIA BETH BRANTLEY (05) | § | |
| DEVON VERNON HARRIS, aka "Cali" (06) | § | |
| DAVID WAYNE CARLISLE, (07) | § | |
|    aka "Drop" | § | CRIMINAL NO. 6:15CR_____ |
| BRODERICK LAMAIL JONES, (08) | § | |
|    aka "BA" | § | JUDGE_____ |
| KATLIN QUATEZ GODFREY, (09) | § | |
|    aka "Slim/KG" | § | |
| TROY OWEN, JR. (10) | § | |
| MARK CYRUS HIPP (11) | § | |
| CHRISTOPHER EVERETT BROOK, (12) | § | |
|    aka "Blue" | § | |
| KEITH DEONDRAY YOUNG, (13) | § | |
|    aka "Tugg" | § | |
| LARRY GENE KEEN, aka "Junior" (14) | § | |
| CARLA THOMAS HAWKINS, (15) | § | |
|    aka "Breeze" | § | |
| COURTNEY BREANNE MCMULLEN (16) | § | |
| CHASE ANTHONY HAGLER (17) | § | |
| ANDRE LAMONT WILLIAMS, (18) | § | |
|    aka "Dre" | § | |
| JESSICA MILLESON (19) | § | |
| HEATHER REBECCA BECK (20) | § | |

## **NOTICE OF PENALTY**

## COUNT 1

Violation:                 21 U.S.C. § 846 (Conspiracy to possess with intent to distribute and distribution of 500 grams or more of methamphetamine, a Schedule II controlled substance)

Penalty:                   Imprisonment for a term of not less than 10 years or more than life, a fine not to exceed $10,000,000, or both. A term of supervised release of at least 5 years in addition to such term of imprisonment.

Special Assessment:        $100.00

## COUNTS 3, 5, 6, 9, 14, 16, 20, 22, 24, 26, 28, 32, 34, & 37

Violation:                 18 U.S.C. § 924(c) (Use, carrying, and possession of a firearm during and in furtherance of a drug trafficking crime)

Penalty:                   Imprisonment for a term of not less than 5 years or more than life, which must be served consecutively to any other term of imprisonment, a fine not to exceed $250,000, or both. A term of supervised release of not more than 5 years in addition to such term of imprisonment.

In the case of a second or subsequent conviction of this offense, the term of imprisonment shall not be less than 25 years.

Special Assessment:        $100.00

## COUNTS 2, 4, 7, 8, 10, 11, 13, 15, 17, 18, 21, 23, 25, 27, 29, 30, 31, 33, 35, 36 & 38

Violation:            18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm)

Penalty:              Imprisonment for a term of not more than 10 years, a fine not to exceed $250,000, or both. A term of supervised release of not more than 3 years in addition to such term of imprisonment.

Special Assessment:   $100.00

## COUNTS 12 & 19

Violation:            26 U.S.C. § 5861(d) (Possession of an Unregistered Firearm)

Penalty:              Imprisonment for a term of not more than 10 years, a fine not to exceed $250,000, or both. A term of supervised release of not more than 3 years in addition to such term of imprisonment.

Special Assessment:   $100.00